IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kazlauskas, Margaret A | Case Number:  06 B 08021 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  7/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch:  February 28, 2008
Confirmed:  September 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,300.05 | |
| Secured: | | 11,599.48 |
| Unsecured: | | 7,662.65 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,037.92 |
| Other Funds: | | 0.00 |
| Totals: | 20,300.05 | 20,300.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank Trust National Assoc | Secured | 0.00 | 0.00 |
| 2. | SN Servicing Corporation | Secured | 10,000.00 | 3,971.33 |
| 3. | US Bank Trust National Assoc | Secured | 53,877.52 | 7,628.15 |
| 4. | Portfolio Recovery Associates | Unsecured | 5,074.25 | 5,074.25 |
| 5. | ECast Settlement Corp | Unsecured | 523.88 | 523.88 |
| 6. | Capital One | Unsecured | 782.00 | 782.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,282.52 | 1,282.52 |
| 8. | Central Furnace Supply Co | Unsecured | | No Claim Filed |
| 9. | Creditor Interchange | Unsecured | | No Claim Filed |
| 10. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 11. | Foote Meyers Mielke & Flowers | Unsecured | | No Claim Filed |
| 12. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| | | | $ 71,540.17 | $ 19,262.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 466.13 |
| 5.4% | 571.79 |
| | $ 1,037.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Kazlauskas, Margaret A

Printed:  3/4/08

Case Number:  06 B 08021
Judge:  Wedoff, Eugene R
Filed:  7/7/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

